# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD R. FRITTS; SUNWEST TRUST AS CUSTODIAN FOR RICHARD R. FRITTS IRA,<br><br>Defendants. | Adversary Proceeding<br>Case No. 18-50824 (BLS) |

## NOTICE OF DEPOSITION OF RICHARD R. FRITTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable herein by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Woodbridge Liquidation Trust, plaintiff in the above-captioned adversary proceeding, will take a deposition of defendant Richard R. Fritts on September 23, 2019, at 9:30 a.m. (EST) at the offices of Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, or at such other date, time, and location as may be mutually agreed upon by the parties.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before an officer authorized to administer oaths, all testimony will be recorded by stenographic means, LiveNote may be used, and the deposition may also be recorded by audiovisual means.

| | |
|---|---|
| Dated: September 4, 2019<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br><br>-and-<br><br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Tel: (310) 407-4000<br>Fax: (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |